PD-1136-15

PD-1136-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/1/2015 9:56:57 AM
Accepted 9/1/2015 2:22:36 PM
ABEL ACOSTA
CLERK

**No. _____**

*IN THE*
*COURT OF CRIMINAL APPEALS*
*OF TEXAS*
*SITTING AT AUSTIN, TEXAS*

FILED IN
COURT OF CRIMINAL APPEALS

September 1, 2015

ABEL ACOSTA, CLERK

**JOSE MAYA**
**Appellant**

**V.**

**THE STATE OF TEXAS**
**Appellee**

*On Petition for Discretionary Review from the Fifth Court of Appeals*
*Sitting at Dallas, Texas*
*in Cause No.*
*05-14-00486-CR*
*On appeal from the 283rd Criminal District Court*
*of Dallas County, Texas*
*In Cause No. F12-34710-T*

**MOTION FOR AN EXTENSION OF TIME**
**IN WHICH TO FILE**
**PETITION FOR DISCRETIONARY REVIE**

**COMES NOW  Jose Maya,** Appellant, and respectfully submits this Motion

1

for an Extension of Time in Which to File Petition for Discretionary Review in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

Appellant was charged by indictment with the offense of Indecency with a Child by Contact. (CR: 11). Appellant pled not guilty to the primary charge in the indictment. (CR: 66). A jury trial was held, and the jury found Appellant guilty of the offense. (RR6: 71). After a hearing on punishment, the court assessed punishment at fourteen years' imprisonment. (RR6: 66). Judgment was entered by the trial court on April 16, 2014. (CR: 66). A notice of appeal was timely filed. (CR: 69).

**II.**

Appellant's conviction was affirmed in the Court of Appeals on February 3, 2015 in an unpublished opinion. *Maya v. State,* No. 005-14-00486-CR, 2015 Tex. App. LEXIS 8156 (Tex. App. – Dallas, August 4, 2015).

**III.**

The deadline for filing a Petition for Discretionary Review is September 3, 2015. Appellant brings this motion for an extension of time within 15 days of the last date for filing Petition for Discretionary Review, *i.e.*, by filing this motion electronically on September 1, 2015. TEX. R. APP. P. 68.2 (c).

2

**IV.**

Appellant requests an extension of time for a period of thirty (30) days. No prior request for an extension of time has been made.

**V.**

The facts relied upon to show good cause for this requested extension are as follows:

(1) The undersigned attorney filed a motion for rehearing in cause number 05-14-00635-CR styled *Anthony Bernard Johnson v. State of Texas* on July 10, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(2) The undersigned attorney filed a petition for discretionary review in cause number PD-0760-15 styled *Anthony Chamberlain v. State of Texas* on July 30, 2015 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(3) The undersigned attorney filed a brief in cause number 05-14-01609-CR styled *Ricardo Velazquez v. State of Texas* on August 10, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-00945-CR & 05-14-00946-CR styled *Laderek Kinte Reynolds v. State of Texas* on August 19, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney is preparing a brief in cause number 05-14-00186-CR styled *Charles Dewayne Hooks v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

## VI.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review for 30 days.

Respectfully submitted**,**

/s/ *Nanette Hendrickson*

Lynn Richardson
Chief Public Defender
Dallas County, Texas

Nanette Hendrickson
Assistant Public Defender
State Bar No. 24081423
Frank Crowley Courts Building
133 N. Industrial Blvd., LB-2
Dallas, Texas 75207-4399
nanette.hendrickson
@dallascounty.org
(214) 653-3582 *(phone)*
(214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Industrial Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service to Lori Ordiway at DCDAAppeals@dallascounty.org on September 1, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson

4